HANSON BRIDGETT LLP
WILLIAM D. TAYLOR - 51689
wtaylor@hansonbridgett.com
JOHN W. KLOTSCHE - 257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, CA  95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

Attorneys for Defendant/Cross-Complainant
HAMSTRA BUILDERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESOURCE PARTNERS, INC., <br><br>Plaintiff,<br><br>v.<br><br>HAMSTRA BUILDERS, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:10-CV-03246-MCE<br><br>**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY DEADLINE**<br><br>(Shasta County Superior Court Case No. 170635) |
| AND RELATED CROSS-ACTION | |

It is hereby stipulated, by and between the parties hereto through their counsel of record, that the non-expert discovery deadline of August 11, 2011 be continued to October 31, 2011.

The parties in good faith have encountered various challenges among witnesses and counsel in coordinating their respective schedules for depositions.  For example, defendant Hamstra Builders, Inc. ("Hamstra") and Hamstra's person most knowledgeable reside out of state in Indiana.

///

///

///

STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY DEADLINE

30445.1 3114603.1

Further, plaintiff's counsel is currently engaged in three separate trials that will run through the month of August. Accordingly, despite reasonable efforts, the above-mentioned issues have impeded the parties' ability to schedule various depositions in this matter until after the expiration of the August 11, 2011 discovery cut-off date.

For these reasons, the parties have stipulated to extend the non-expert discovery deadline to October 31, 2011, and request the Court's approval.

DATED:  July 19, 2011

        HANSON BRIDGETT LLP

        By   /s/ John W. Klotsche
        JOHN W. KLOTSCHE
        Attorneys for Defendant/Cross-Plaintiff
        Hamstra Builders, Inc.

DATED:  July 19, 2011

        MAIRE & BURGESS

        By:   /s/ Jody M. Burgess
        JODY M. BURGESS
        Attorneys for Plaintiff/Cross-Defendant
        Western Resource Partners, Inc.

**Other than the foregoing changes to the non-expert discovery and expert witness disclosure deadlines, all other dates set forth in the Court's March 9, 2011, Pretrial Scheduling Order [ECF No. 11] remain in effect.**

**IT IS SO ORDERED.**

Dated:  October 17, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE