HANSON BRIDGETT LLP
WILLIAM D. TAYLOR, SBN51689
wtaylor@hansonbridgett.com
JONATHAN W. KLOTSCHE, SBN257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

Attorneys for Defendant and Cross-Complainant HAMSTRA BUILDERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESOURCE PARTNERS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>HAMSTRA BUILDERS, INC. and DOES 1 through 10, inclusive,<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. 2:10-CV-03246-MCE<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND EXPERT WITNESS DISCLOSURE DEADLINES**<br><br>(Shasta County Superior Court Case No. 170635) |

It is hereby stipulated, by and between the parties hereto through their counsel of record, that the non-expert discovery deadline of October 31, 2011 be continued to December 12, 2011, and the expert witness disclosure deadline of October 11, 2011 be continued to December 19, 2011.

The parties in good faith have encountered challenges in completing discovery. Specifically, disputes have arisen concerning the sufficiency of the parties' responses to written discovery that was previously propounded. The parties are attempting to resolve, and are hopeful they can resolve, these disputes through the meet and confer process. The parties desire to extend the discovery cut-off date so that they can continue to try and informally resolve their discovery dispute and avoid the time and expense of having

1  to file motions to compel which, based on the current discovery cut-off date, would need
2  to be filed by next week in order to be heard before October 31, 2011.
3  Furthermore, the parties' discovery disputes involve the production of documents
4  that may impact the person(s) to be designated by the parties as expert witnesses.
5  Accordingly, the parties desire to extend the expert witness disclosure date to allow more
6  time for those documents to be produced and reviewed by the parties.
7  For these reasons, the parties have stipulated to extend the non-expert discovery
8  deadline to December 12, 2011, and the expert witness disclosure deadline to December
9  19, 2011, and request the Court's approval.

10
11  DATED: October 6, 2011                    HANSON BRIDGETT LLP
12
13
                                              By:      /s/ *John W. Klotsche*
14                                                JOHN W. KLOTSCHE
                                                  Attorneys for Defendant/Cross-Complainant
15                                                HAMSTRA BUILDERS, INC.
16
17  DATED: October 6, 2011                    MARIE & BURGESS
18
19
                                              By:      /s/ *Jody M. Burgess*
20                                                JODY M. BURGESS
                                                  Attorneys for Plaintiff/Cross-Defendant
21                                                WESTERN RESOURCE PARTNERS, INC.
22
23
24
25
26
27
28

The non-expert discovery deadline is extended to December 12, 2011, and the expert witness disclosure deadline is extended to December 19, 2011.

**IT IS SO ORDERED:**

Dated:  October 19, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE