UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WESTERN RESOURCES PARTNERS, INC., | | No. 2:10-cv-03246-MCE-EFB |
| | Plaintiff, | |
| | v. | ORDER CONTINUING TRIAL |
| HAMSTRA BUILDERS, INC., | | |
| | Defendant. | |
| _____/ | | |

    YOU ARE HEREBY NOTIFIED the June 11, 2012 jury trial is vacated and continued to **April 8, 2013**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **February 7, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the April 19, 2012 Final Pretrial Conference is vacated and continued to **February 21, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 31, 2013** and shall comply with the procedures outlined in the Court's March 9, 2011 Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in

///

pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 31, 2013**. Oppositions must be filed by **February 7, 2013**, and any reply must be filed by **February 14, 2013**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE