HANSON BRIDGETT LLP
WILLIAM D. TAYLOR, SBN51689
wtaylor@hansonbridgett.com
JONATHAN W. KLOTSCHE, SBN257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:    (916) 442-3333
Facsimile:    (916) 442-2348

Attorneys for Defendant and Cross-
Complainant HAMSTRA BUILDERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| WESTERN RESOURCE PARTNERS, INC., | **CASE NO. 2:10-CV-03246-MCE** |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND MOTION HEARING SCHEDULE AND DISCOVERY AND EXPERT WITNESS DEADLINES** |
| v. | |
| HAMSTRA BUILDERS, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | (Shasta County Superior Court Case No. 170635) |
| AND RELATED CROSS-ACTION. | |

It is hereby stipulated, by and between the parties hereto through their counsel of record, that the non-expert discovery deadline of December 12, 2011 be continued to February 12, 2012, and the expert witness disclosure deadline of December 19, 2011 be continued to February 19, 2012.

It is hereby further stipulated, by and between the parties hereto through their counsel of record, that the motion hearing schedule be continued.  Presently, plaintiff's dispositive motion must be filed by December 15, 2011, defendant's opposition and cross-motion must be filed by January 5, 2012, plaintiff's reply and opposition must be filed by January 19, 2012, defendant's reply must be filed by February 2, 2012 and the

1   hearing on such motions is set for February 9, 2012.

2       The parties have stipulated to continue the motion hearing schedule as follows:

3   plaintiff's dispositive motion shall be filed by March 15, 2012, defendant's opposition and

4   cross-motion shall be filed by April 5, 2012, plaintiff's reply and opposition must be filed

5   by April 19, 2012, defendant's reply must be filed by May 3, 2012 and the hearing on

6   such motions shall be set for May 10, 2012.

7       Good cause exists for the approval of this stipulation in that the trial for this matter

8   is set for April 8, 2013 and, despite the parties good faith efforts, discovery is not yet

9   complete.  Specifically, while the parties have completed all written discovery and have

10  taken nearly all depositions, the deposition of Hamstra Builders, Inc.'s person most

11  knowledgeable has not yet been taken.  This deposition was scheduled to be taken on

12  December 9, 2012, however, due to unforeseen circumstances, that deposition could not

13  go forward as scheduled.  The parties desire to extend the discovery deadline so that this

14  deposition can be rescheduled and taken.

15      Furthermore, because the deposition of Hamstra Builders, Inc.'s person most

16  knowledgeable may impact the person(s) to be designated by the parties as expert

17  witnesses, the parties desire to extend the expert witness disclosure date so that it falls

18  after the extended discovery cut-off date.

19      Finally, because discovery is not yet complete, the parties desire to extend the

20  motion hearing schedule so that, once discovery is complete, they will have sufficient

21  time to analyze all recently completed discovery and utilize that discovery in a dispositive

22  motion.

23      For these reasons, the parties have stipulated to extend the non-expert discovery

24  deadline to February 12, 2012, the expert witness disclosure deadline to February 19,

25  2012, and the motion hearing schedule to the proposed dates referenced above, and

26  request the Court's approval.

**[SIGNATURES ON THE FOLLOWING PAGE]**

27

28

STIPULATION AND ORDER TO EXTEND MOTION HEARING SCHEDULE AND DISCOVERY AND
EXPERT WITNESS DEADLINES

1   ///

2   ///

DATED:  December 8, 2011

3                                                                  HANSON BRIDGETT LLP

4

5                                                    By    /s/ John W. Klotsche
                                                         JOHN W. KLOTSCHE
6                                                        Attorneys for Defendant/Cross-Plaintiff
                                                         Hamstra Builders, Inc.
7

8
DATED:  December 7, 2011
9                                                                  MAIRE & BURGESS

10

11                                                   By:    /s/ Jody M. Burgess
                                                         JODY M. BURGESS
12                                                       Attorneys for Plaintiff/Cross-Defendant
                                                         Western Resource Partners, Inc.
13
         **IT IS SO ORDERED:**
14

15   Dated:  January 6, 2012

16

17   _____
     MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28
                                              -3-                         2:10-CV-03246-MCE

STIPULATION AND ORDER TO EXTEND MOTION HEARING SCHEDULE AND DISCOVERY AND
EXPERT WITNESS DEADLINES