HANSON BRIDGETT LLP
WILLIAM D. TAYLOR, SBN51689
wtaylor@hansonbridgett.com
JONATHAN W. KLOTSCHE, SBN257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:    (916) 442-3333
Facsimile:     (916) 442-2348

Attorneys for Defendant and Cross-
Complainant HAMSTRA BUILDERS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESOURCE PARTNERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAMSTRA BUILDERS, INC. and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | **CASE NO. 2:10-CV-03246-MCE**<br><br>**STIPULATION AND ORDER TO EXTEND MOTION HEARING SCHEDULE AND DISCOVERY AND EXPERT WITNESS DEADLINES**<br><br>(Shasta County Superior Court Case No. 170635) |

It is hereby stipulated, by and between the parties hereto through their counsel of record, that the non-expert discovery deadline of February 12, 2012 be continued to April 16, 2012, and the expert witness disclosure deadline of February 16, 2012 be continued to April 23, 2012.

It is hereby further stipulated, by and between the parties hereto through their counsel of record, that the motion hearing schedule be continued.  This is the parties' second stipulation to extend the motion hearing schedule and discovery and expert witness deadlines.  This stipulation and request of the Court is made in good faith and is not for the purpose of delay.

1  Presently, Plaintiff's dispositive motion must be filed by March 15, 2012,
2 Defendant's opposition and cross-motion must be filed by April 5, 2012, Plaintiff's reply
3 and opposition must be filed by April 19, 2012, Defendant's reply must be filed by May 3,
4 2012 and the hearing on such motions is set for May 10, 2012.

5  The parties have stipulated to continue the motion hearing schedule as follows: all
6 dispositive motion shall be filed by May 7, 2012, all responses shall be filed by May 21,
7 2012, all replies must be filed by June 6, 2012 and the hearing on parties' dispositive
8 motions shall be set for June 13, 2012.

9  Good cause exists for the approval of this stipulation in that the trial for this matter
10 is set for April 8, 2013 and despite the parties' good faith efforts, discovery is not yet
11 complete.  Specifically, during failed settlement negotiations, the parties discovered
12 additional deposition testimony is needed.  Furthermore, the deposition of Hamstra
13 Builders, Inc.'s person most knowledgeable has not yet been taken.  This deposition was
14 scheduled to be taken on February 22, 2012 but due to unforeseen circumstances and
15 the witness's travel schedule, the deposition could not go forward as scheduled.  The
16 parties desire to extend the discovery deadline so that the final depositions may be taken.

17  Additionally, the deposition of Hamstra Builder, Inc.'s person most knowledgeable
18 may have further impact on the person(s) to be designated by the parties as expert
19 witnesses.  The parties, therefore, desire to extend the expert witness disclosure date so
20 that it falls after the extended discovery cut-off date.

21  Finally, because discovery is not yet complete, the parties desire to extend the
22 motion hearing schedule so that once discovery is complete, they will have sufficient time
23 to analyze all recently completed discovery and utilize that discovery in a dispositive
24 motion.

25

26 ///

27 ///

28

For these reasons, the parties have stipulated to extend the non-expert discovery deadline to April 16, 2012, the expert witness disclosure deadline to April 23, 2012, and the motion schedule to the proposed dates referenced above, and request the Court's approval for the same.

DATED: March 1, 2012

HANSON BRIDGETT LLP

By /s/ John W. Klotsche
JOHN W. KLOTSCHE
Attorneys for Defendant/Cross-Plaintiff
Hamstra Builders, Inc.

DATED: March 1, 2012

MAIRE & BURGESS

By: /s/ Jody M. Burgess
JODY M. BURGESS
Attorneys for Plaintiff/Cross-Defendant
Western Resource Partners, Inc.

**ORDER**

Good cause having been shown, the dates proposed by the parties above will be adopted by the Court except for the hearing date for dispositive motions, which will be on June 14, 2012 at 2:00 p.m.  An amended Pretrial Scheduling Order will be issued that will incorporate all operative dates.

IT IS SO ORDERED.

Dated: March 8, 2012

*[signature]*

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE