HANSON BRIDGETT LLP
WILLIAM D. TAYLOR, SBN 51689
wtaylor@hansonbridgett.com
JONATHAN W. KLOTSCHE, SBN 257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348

FREEBORN & PETERS LLP
EDWARD L. FILER, IL SBN
efiler@freebornpeters.com
MEGHAN E. TEPAS, IL SBN 6301020
mtepas@freebornpeters.com
*Pro Hac Vice*
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:   (312) 360-6000
Facsimile:   (312) 360-6520

Attorneys for Defendant and Cross-Complainant HAMSTRA BUILDERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WESTERN RESOURCE PARTNERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAMSTRA BUILDERS, INC. and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | **CASE NO. 2:10-CV-03246-MCE**<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND HEARING SCHEDULE AND DISCOVERY AND EXPERT WITNESS DEADLINES**<br><br>(Shasta County Superior Court Case No. 170635) |

It is hereby stipulated, by and between the parties hereto through their counsel of record, that the non-expert discovery deadline of April 16, 2012 be continued to May 10, 2012, and the expert witness disclosure deadline of April 23, 2012 be continued to May 24, 2012.

1  It is hereby further stipulated, by and between the parties hereto through their
2  counsel of record, that the motion hearing schedule be continued.  This is the parties'
3  second stipulation to extend the motion hearing schedule and discovery and expert
4  witness deadlines.  This stipulation and request of the Court is made in good faith and is
5  not for the purpose of delay.
6  Presently, plaintiff's dispositive motion must be filed by May 7, 2012, all responses
7  shall be filed by May 21, 2012, and all replies must be filed by June 6, 2012, and the
8  hearing on such motions is set for June 13, 2012.
9  The parties have stipulated to continue the motion hearing schedule as follows: all
10  dispositive motion shall be filed by June 4, 2012, all responses shall be filed by June 18,
11  2012, all replies must be filed by July 2, 2012 and the hearing on parties' dispositive
12  motions shall be set for July 12, 2012 at 2:00 p.m. in Courtroom 7.
13  Good cause exists for the approval of this stipulation in that the trial for this matter
14  is set for April 8, 2013 and despite the parties' good faith efforts, discovery is not yet
15  complete.  Specifically, settlement negotiations are on-going and the parties are
16  attempting to resolve this matter.  Furthermore, the deposition of Hamstra Builders, Inc.'s
17  person most knowledgeable has not yet been taken due to the parties on-going
18  settlement negotiations.  Additionally, the deposition of Hamstra Builder, Inc.'s person
19  most knowledgeable may have further impact on the person(s) to be designated by the
20  parties as expert witnesses.  The parties, therefore, desire to extend the expert witness
21  disclosure date so that it falls after the extended discovery cut-off date.
22  Finally, because discovery is not yet complete, the parties desire to extend the
23  motion hearing schedule so that once discovery is complete, they will have sufficient time
24  to analyze all recently completed discovery and utilize that discovery in a dispositive
25  motion.
26
27  ///
28  ///

For these reasons, the parties have stipulated to extend the non-expert discovery deadline to May 10, 2012, the expert witness disclosure deadline to May 24, 2012, and the motion schedule to the proposed dates referenced above, and request the Court's approval for the same.

DATED:  April 19, 2012

HANSON BRIDGETT LLP

By   /s/ John W. Klotsche
JOHN W. KLOTSCHE
Attorneys for Defendant/Cross-Plaintiff
Hamstra Builders, Inc.

DATED:  April 19, 2012

MAIRE & BURGESS

By:   /s/ Jody M. Burgess
JODY M. BURGESS
Attorneys for Plaintiff/Cross-Defendant
Western Resource Partners, Inc.

**IT IS SO ORDERED.**

Dated:  May 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE