1  HANSON BRIDGETT LLP
   WILLIAM D. TAYLOR, SBN 51689
2  wtaylor@hansonbridgett.com
   JONATHAN W. KLOTSCHE, SBN 257992
3  jklotsche@hansonbridgett.com
   500 Capitol Mall, Suite 1500
4  Sacramento, California 95814
   Telephone:   (916) 442-3333
5  Facsimile:   (916) 442-2348

6  FREEBORN & PETERS LLP
   EDWARD L. FILER, IL SBN
7  efiler@freebornpeters.com
   MEGHAN E. TEPAS, IL SBN 6301020
8  mtepas@freebornpeters.com
   *Pro Hac Vice*
9  311 South Wacker Drive, Suite 3000
   Chicago, Illinois 60606
10 Telephone:   (312) 360-6000
   Facsimile:   (312) 360-6520
11
   Attorneys for Defendant and Cross-
12 Complainant HAMSTRA BUILDERS, INC.

13 **UNITED STATES DISTRICT COURT**

14 **EASTERN DISTRICT OF CALIFORNIA**

15 **SACRAMENTO DIVISION**

| | |
|---|---|
| WESTERN RESOURCE PARTNERS, INC., | **CASE NO. 2:10-CV-03246-MCE** |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND HEARING SCHEDULE AND DISCOVERY AND EXPERT WITNESS DEADLINES** |
| v. | |
| HAMSTRA BUILDERS, INC. and DOES 1 through 10, inclusive, | (Shasta County Superior Court Case No. 170635) |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

It is hereby stipulated, by and between the parties hereto through their counsel of record, that the non-expert discovery deadline of May 10, 2012 be continued to July 9, 2012, and the expert witness disclosure deadline of May 24, 2012 be continued to July 23, 2012.

1    It is hereby further stipulated, by and between the parties hereto through their
2 counsel of record, that the motion hearing schedule be continued.  This is the parties'
3 third stipulation to extend the motion hearing schedule and discovery and expert witness
4 deadlines.  This stipulation and request of the Court is made in good faith and is not for
5 the purpose of delay.
6    Presently, plaintiff's dispositive motion must be filed by June 4, 2012, all
7 responses shall be filed by June 18, 2012, and all replies must be filed by July 2, 2012,
8 and the hearing on such motions is set for July 9, 2012.
9    The parties have stipulated to continue the motion hearing schedule as follows: all
10 dispositive motion shall be filed by August 3, 2012, all responses shall be filed by August
11 17, 2012, all replies must be filed by August 31, 2012 and the hearing on parties'
12 dispositive motions shall be set for September 7, 2012.
13    Good cause exists for the approval of this stipulation in that the trial for this matter
14 is set for April 8, 2013 and despite the parties' good faith efforts, discovery is not yet
15 complete.  Specifically, settlement negotiations are on-going and the parties are
16 attempting to resolve this matter.  Plaintiff has agreed to respond to additional
17 interrogatories on limited issues.  Furthermore, the deposition of Hamstra Builders, Inc.'s
18 person most knowledgeable has not yet been taken due to the parties on-going
19 settlement negotiations.  Additionally, the deposition of Hamstra Builder, Inc.'s person
20 most knowledgeable may have further impact on the person(s) to be designated by the
21 parties as expert witnesses.  The parties, therefore, desire to extend the expert witness
22 disclosure date so that it falls after the extended discovery cut-off date.
23    Finally, because discovery is not yet complete, the parties desire to extend the
24 motion hearing schedule so that once discovery is complete, they will have sufficient time
25 to analyze all recently completed discovery and utilize that discovery in a dispositive
26 motion.
27 ///
28 ///

1  For these reasons, the parties have stipulated that the non-expert discovery
2  deadline of May 10, 2012 be continued to July 9, 2012, and the expert witness disclosure
3  deadline of May 24, 2012 be continued to July 23, 2012, and the motion schedule to the
4  proposed dates referenced above, and request the Court's approval for the same.

6  DATED:  May 10, 2012

HANSON BRIDGETT LLP

By   /s/ Meghan E. Tepas
    MEGHAN E. TEPAS
    Attorneys for Defendant/Cross-Plaintiff
    Hamstra Builders, Inc.

12  DATED:  May 10, 2012

MAIRE & BURGESS

By:   /s/ Jody M. Burgess
    JODY M. BURGESS
    Attorneys for Plaintiff/Cross-Defendant
    Western Resource Partners, Inc.

17  **IT IS SO ORDERED:**

Dated:  May 11, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE