1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WESTERN RESOURCE PARTNERS, INC.,

11          Plaintiff,                    No. 2:10-cv-3246-MCE-EFB

12       vs.

13   HAMSTRA BUILDERS, INC. and DOES 1
     through 10, inclusive,
14
            Defendants.                   ORDER
15   _____/

16   AND RELATED CROSS-ACTION.

17   _____/

18          On June 27, 2012, the undersigned heard plaintiff's motion for a protective order and to

19   quash a subpoena defendant issued to third party North Valley Bank.  Dckt. No. 44.  Attorney

20   Clinton Boren appeared at the hearing on behalf of plaintiff; attorney Jonathan Klotsche

21   appeared on behalf of defendant Hamstra Builders, Inc.

22          As stated on the record, and for the reasons stated on the record, the motion is granted in

23   part and denied in part.  Dckt. No. 44.  Specifically, plaintiff's motion to quash the portion of the

24   subpoena seeking Marcus Partin's financial records is denied, but plaintiff's motion to limit the

25   scope of the subpoena is granted in part.  The subpoena shall be limited to information and

26   records from January 1, 2008 through December 31, 2010.  That limitation applies to all portions

                                          1

of the subpoena.  Additionally, the parties will be directed to file a stipulated protective order

regarding the use of information produced through the subpoena.  Each party shall bear its own

costs.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to quash the subpoena issued to third party North Valley Bank is

denied, but plaintiff's motion for a protective order limiting the timeframe for that subpoena is

granted in part.  *See* Dckt. No. 44.

2.  The subpoena issued to third party North Valley Bank is limited to information and

records from January 1, 2008 through December 31, 2010.  That limitation applies to all portions

of the subpoena.

3.  On or before July 3, 2012, the parties shall file a stipulated protective order regarding

the use of information produced through the subpoena.

4.  On or before June 29, 2012, defendant shall serve a copy of this order on North Valley

Bank.

SO ORDERED.

DATED:  June 27, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE