IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESOURCE PARTNERS, INC., | |
|     Plaintiff, | No. 2:10-cv-3246-MCE-EFB |
| vs. | |
| HAMSTRA BUILDERS, INC. and DOES 1 through 10, inclusive, | |
|     Defendants. | ORDER |
| AND RELATED CROSS-ACTION. | |

On June 27, 2012, the undersigned heard plaintiff's motion for a protective order and to quash a subpoena defendant issued to third party North Valley Bank. Dckt. No. 44. Attorney Clinton Boren appeared at the hearing on behalf of plaintiff; attorney Jonathan Klotsche appeared on behalf of defendant Hamstra Builders, Inc.

As stated on the record, and for the reasons stated on the record, the motion is granted in part and denied in part. Dckt. No. 44. Specifically, plaintiff's motion to quash the portion of the subpoena seeking Marcus Partin's financial records is denied, but plaintiff's motion to limit the scope of the subpoena is granted in part. The subpoena shall be limited to information and records from January 1, 2008 through December 31, 2010. That limitation applies to all portions

of the subpoena.  Additionally, the parties will be directed to file a stipulated protective order regarding the use of information produced through the subpoena.  Each party shall bear its own costs.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to quash the subpoena issued to third party North Valley Bank is denied, but plaintiff's motion for a protective order limiting the timeframe for that subpoena is granted in part.  *See* Dckt. No. 44.

2. The subpoena issued to third party North Valley Bank is limited to information and records from January 1, 2008 through December 31, 2010.  That limitation applies to all portions of the subpoena.

3. On or before July 3, 2012, the parties shall file a stipulated protective order regarding the use of information produced through the subpoena.

4. On or before June 29, 2012, defendant shall serve a copy of this order on North Valley Bank.

SO ORDERED.

DATED:  June 27, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2