HANSON BRIDGETT LLP
WILLIAM D. TAYLOR, SBN51689
wtaylor@hansonbridgett.com
JOHN W. KLOTSCHE, SBN257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348

Attorneys for Defendant and Cross-Complainant HAMSTRA BUILDERS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| WESTERN RESOURCE PARTNERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HAMSTRA BUILDERS, INC. and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION. | CASE NO. 2:10-CV-03246-MCE <br><br> **STIPULATION FOR THE RULE 30(b)(6) DEPOSITION OF HAMSTRA BUILDERS** |
|---|---|

It is hereby stipulated and agreed, by and between the parties hereto through their counsel of record, that pursuant to Fed.R.Civ. P. 30(b)(6) Hamstra Builders agrees to produce a representative for video deposition on July 13, 2012 at the office of Hamstra Builders, located at 12028 N. 200 W. Wheatfield, Indiana 46392-9615. Although July 13, 2012 falls four days outside of the deadline for non-expert discovery previously set by the Court, the parties agree to allow this deposition to occur following the close of non-expert discovery. Should Hamstra Builders fail to produce a representative on July 13, 2012 (or such other date on which the parties mutually agree), Plaintiff shall be entitled to file a motion to compel, and request therein the relief it deems appropriate, notwithstanding the

fact that the non-expert discovery period will have closed.  Plaintiff will not be required to meet and confer prior to filing the motion.  Additionally, Hamstra Builders shall have the right to contest and file an appropriate response to any such motion.

DATED: June 21, 2012

FREEBORN & PETERS LLP

By   /s/ Meghan E. Tepas
MEGHAN TEPAS
Attorneys for Defendant/Cross-Plaintiff
Hamstra Builders, Inc.

DATED: June 21, 2012

MAIRE & BURGESS

By:   /s/ Clinton M. Boren
CLINT BOREN
Attorneys for Plaintiff/Cross-Defendant
Western Resource Partners, Inc.

**IT IS SO ORDERED:**

Dated: July 5, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE