IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESTERN RESOURCE PARTNERS, INC.,

    Plaintiff,                                  No. 2:10-cv-3246-MCE-EFB

    vs.

HAMSTRA BUILDERS, INC. and DOES 1 through 10, inclusive,

    Defendants.                           <u>ORDER</u>
_____/

AND RELATED CROSS-ACTION.
_____/

      On June 22, 2012, plaintiff filed an ex parte application for expedited consideration of a hearing on plaintiff's motion to compel depositions. Dckt. No. 47. Therein, plaintiff stated that "[i]f the Court does grant the 'Stipulation for the Rule 30(b)(6) Deposition of Hamstra Builders' filed on June 21, 2012, this motion will be moot, and Plaintiff respectfully requests this motion be disregarded as moot. . . ." In light of the district judge's approval of the parties' June 21, 2012 stipulation, Dckt. No. 52, plaintiff's ex parte application for expedited consideration of a hearing on plaintiff's motion to compel depositions, Dckt. No. 47, is denied as moot.

      SO ORDERED.

DATED: July 9, 2012.

                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE