Jody M. Burgess, State Bar No.: 222061
MAIRE & BURGESS
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)

Attorneys for Plaintiff and Cross-Defendant
WESTERN RESOURCE PARTNERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESOURCE PARTNERS, INC., | CASE NO.:   2:10-CV-03246-MCE |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL** |
| HAMSTRA BUILDERS, INC. and DOES 1 through 10, inclusive, | **AND ORDER** |
| Defendants.                         / | |
| AND RELATED CROSS-ACTION.    / | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that the above-captioned action and related cross-action be and hereby is dismissed *with* prejudice pursuant to FRCP 41(a)(1), each side to bear their own fees and costs.

DATED: July 25, 2012                                    MAIRE & BURGESS

                                                                                      By: /s/ *Jody M. Burgess*
                                                                                       JODY M. BURGESS
                                                                                       Attorney for Plaintiff
                                                                                       WESTERN RESOURCE
                                                                                       PARTNERS, INC.

| | |
|---|---|
| DATED:  July 25, 2012 | FREEBORN & PETERS LLP |
| | By: /s/ *Meghan E. Tepas* |
| | MEGHAN TEPAS |
| | Attorneys for Defendant/Cross-Plaintiff |
| | HAMSTRA BUILDERS, INC. |

**IT IS SO ORDERED:**

Dated:  August 2, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE