Jody M. Burgess, State Bar No.: 222061
MAIRE & BURGESS
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)

Attorneys for Plaintiff and Cross-Defendant
WESTERN RESOURCE PARTNERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESOURCE PARTNERS, INC., | CASE NO.: 2:10-CV-03246-MCE |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND ORDER** |
| vs. | |
| HAMSTRA BUILDERS, INC. and DOES 1 through 10, inclusive, | |
| Defendants.   / | |
| AND RELATED CROSS-ACTION.   / | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that the above-captioned action and related cross-action be and hereby is dismissed *with* prejudice pursuant to FRCP 41(a)(1), each side to bear their own fees and costs.

DATED: July 25, 2012                                  MAIRE & BURGESS

                                                                 By: /s/ *Jody M. Burgess*
                                                                     JODY M. BURGESS
                                                                     Attorney for Plaintiff
                                                                     WESTERN RESOURCE
                                                                     PARTNERS, INC.

DATED: July 25, 2012                         FREEBORN & PETERS LLP

By: /s/ *Meghan E. Tepas*
MEGHAN TEPAS
Attorneys for Defendant/Cross-Plaintiff
HAMSTRA BUILDERS, INC.

**IT IS SO ORDERED:**

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE